# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Contrack Watts, Inc., f/k/a ) ASBCA No. 60402
  Contrack International, Inc. )
)
Under Contract No. W912ER-11-D-0009 )

APPEARANCES FOR THE APPELLANT:    Sara Beiro Farabow, Esq.
    Anthony J. LaPlaca, Esq.
      Seyfarth Shaw LLP
      Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
      Engineer Chief Trial Attorney
    Pietro O. Mistretta, Esq.
    Nancy L. Pell, Esq.
    Sarah L. Hinkle, Esq.
      Engineer Trial Attorneys
      U.S. Army Engineer District, Middle East
      Winchester, VA

## ORDER OF DISMISSAL

The appeal has been settled. Accordingly, it is dismissed with prejudice.

Dated: 4 April 2017

MICHAEL T. PAUL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60402, Appeal of Contrack Watts, Inc., f/k/a Contrack International, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals